UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-24042-BLOOM/Elfenbein

BRIDLINGTON BUD LTD,

        *Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

        *Defendants*.

_____/

## SATISFACTION OF JUDGMENT AS TO DEFENDANTS NO. 8, 9, AND 13

WHEREAS a judgment was entered in the above action on November 26, 2025, in favor of Plaintiff, BRIDLINGTON BUD LTD and against Defendants identified in Schedule A [DE 36], Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest by the following Defendants, and desires to release this judgment and hereby fully and completely satisfies the same as to the following Defendants only.

| Def. No. | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 8 | kchsji | https://www.walmart.com/global/seller/102492008 |
| 9 | Qnjujn | https://www.walmart.com/global/seller/102492293 |
| 13 | Qhnvtd | https://www.walmart.com/global/seller/102517316 |

December 5, 2025

        Respectfully submitted,

        /s/ Andrew Palmer
        Andrew J. Palmer
        Palmer Law Group, P.A.
        401 E Las Olas Blvd, Suite 1400
        Fort Lauderdale, FL 33301
        Phone: 954-771-7050
        ajpalmer@palmerlawgroup.com
        ***Attorney for Plaintiff***